UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LYNNE M. BALTHAZOR,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.

_____/

## CLASS ACTION COMPLAINT
### JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls and sent letters into this District.

### PARTIES

3. Plaintiff, LYNNE M. BALTHAZOR, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, NATIONAL ACTION FINANCIAL SERVICES, INC., is a corporation and citizen the State of New York with its principal place of business at 125 Lawrence Bell Drive, Williamsville, New York 14221.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions entered into primarily for personal, family or household purposes.

9. Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

September 22, 2010 at 10:33 AM – Pre-Recorded Message
Need your attention. Please return this call as soon as possible. (inaudible) looking forward to assisting you in getting this issue resolved. Again, our number here is 1-866-392-2178. This is a call from a debt collector. Thank you.

October 4, 2010 at 2:32 PM – Pre-Recorded Message
Need your attention. Please return this call as soon as possible. We are looking forward to assisting you in getting this issue resolved. Again, our number here is 1-866-392-2178. This is a call from a debt collector. Thank you.

October 5, 2010 at 10:37 AM – Pre-Recorded Message

    Need your attention. Please return this call as soon as possible. We are looking forward to assisting you in getting this issue resolved. Again, our number here is 1-866-392-2178. This is a call from a debt collector. Thank you.

10.    The foregoing pre-recorded telephone messages are uniform pre-recorded messages that Defendant used to collect debts from consumers.

11.    Defendant failed to disclose its name in the messages.

12.    Plaintiff initially believed Defendant was attempting to collect a debt she owed but has since determined that Defendant was collecting a debt it claims is due from "Rudy Melton".

13.    Eugene Rudolph Melton was Plaintiff's roommate approximately 15 years ago.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

14.    Plaintiff incorporates Paragraphs 1 through 13.

15.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

16. Plaintiff has standing to bring this claim. See Order Granting, in Part, and Denying, in Part, Motions for Summary Judgment (DE 118), <u>Drossin v. National Action Financial Services, Inc.,</u> Case No.: 07-61873-Civ-Dimitrouleas (S.D. Fla., August 7, 2009) and Order Granting in Part and Denying in Part Motions for Summary Judgment (DE 42), <u>Bryant v. Credit Adjustments, Inc.,</u> Case No.: 10-61009-Civ-Cohn/Seltzer (S.D. Fla., March 14, 2011).

## CLASS ACTION ALLEGATIONS

17. Plaintiff incorporates the foregoing paragraphs.

18. This action is brought on behalf of one FDCPA class.

19. The class is defined as:

   a. all Florida residents for whom Defendant left a telephone message in which it failed to disclose its name,

   b. in an attempt to collect a debt incurred for personal, family, or household purposes,

   c. then due the creditor of Rudy Melton,

   d. during the one-year period prior to the filing of the complaint.

20. Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

21. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

    a. whether Defendant's messages violate the FDCPA

    b. whether Defendant is a debt collector.

22. The claims of Plaintiff are typical of those of the class members. All are based on the same facts and legal theories.

23. Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling actions involving unlawful debt collection practices under the FDCPA and class actions. Neither Plaintiff nor her counsel have any interests which might cause them not to vigorously pursue this action.

24. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is appropriate in that:

    a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

    b. A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

WHEREFORE, Plaintiff, LYNNE M. BALTHAZOR, requests that the Court enter judgment in favor of herself and the classes and against Defendant, NATIONAL ACTION FINANCIAL SERVICES, INC.

    a.    Certification of this matter to proceed as a class action;

    b.    Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B) for the FDCPA classes;

    c.    Attorney's fees, litigation expenses and costs of suit; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658